# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:11 cr 18

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| BRANDON BRADLEY. ) | |
| ) | |

**THIS MATTER** has come before the undersigned, pursuant to a motion entitled "Unopposed Motion to Withdraw as Counsel of Record" (#18) filed by Heather Martin, attorney for defendant. In the motion, Ms. Martin request permission to withdraw as counsel for defendant due to a conflict of interest between the Federal Defender's Office and the defendant that has now been discovered. After hearing from Fredilyn Sison of the Federal Defender's Office concerning the reasons for the motion to withdraw and finding no objection from the government, the undersigned will allow the motion and order that new counsel be appointed for defendant.

# ORDER

**IT IS, THEREFORE**, **ORDERED** that the motion entitled "Unopposed Motion to Withdraw as Counsel of Record" (#18) is **ALLOWED** and Heather Martin and the Federal Defender's Office will be allowed to withdraw as counsel for the defendant in the above entitled matter. The Federal Defender's Office is ordered and directed to appoint new counsel for defendant; new counsel being a panel attorney

who would have no conflict with defendant or any of his co-defendants to represent defendant in this matter. After defendant's new counsel has been appointed the Court will grant a hearing on any motion filed to allow defendant to withdraw his plea of guilty previously entered in this matter on January 19, 2012.

Signed: February 14, 2012

Dennis L. Howell
United States Magistrate Judge